# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONROE MOTOR PRODUCTS CORP., On behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., UNITED COMPONENTS, INC., [UIS, INC.], THE CARLYLE GROUP, PUROLATOR FILTERS N.A. L.L.C., BOSCH U.S.A., MANN & HUMMELL U.S.A., ARVINMERITOR INC., HONEYWELL INTERNATIONAL, WIX FILTRATION PRODUCTS, AFFINIA GROUP, INC., CUMMINS FILTRATION, INC., CUMMINS, INC., THE DONALDSON COMPANY, BALDWIN FILTERS, HASTINGS PREMIUM FILTERS, and CLARCOR, INC.<br><br>Defendants. | Civil Action No.: 1:08-cv-2992<br><br>Judge Hart<br><br>Magistrate Judge Keys |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned, the attorneys of record for the plaintiff in the above-entitled action, dismiss the claims and causes of action asserted against defendant The Carlyle Group without prejudice.

DATED:     May 30, 2008                    Respectfully submitted,

                **By:**   /s/ Carol V. Gilden
                       Carol V. Gilden – ID No.: 06185530
                       Cohen, Milstein, Hausfeld & Toll, PLLC
                       190 South LaSalle Street, Suite 1705
                       Chicago, IL 60603
                       Tel: 312-357-0370
                       Fax: 312-357-0369

                       Michael D. Hausfeld
                       Megan E. Jones
                       Besrat J. Gebrewold
                       Patrick Tilou
                       Cohen, Milstein, Hausfeld & Toll, PLLC
                       1100 New York Avenue, N.W., Suite 500
                       Washington, D.C. 20005
                       Tel.: 202-408-4600
                       Fax: 202-408-4699

                       Michael Lehmann
                       Cohen, Milstein, Hausfeld & Toll, PLLC
                       One Embarcadero Center, Suite 2440
                       San Francisco, CA 94111
                       Tel: 415-229-2080
                       Fax: 415-986-3643

                       Robert G. Eisler
                       Shelly Friedland
                       Cohen, Milstein, Hausfeld & Toll, PLLC
                       150 East 52nd Street, 30th Floor
                       New York, New York 10022
                       Tel: 212-838-7797
                       Fax: 212- 838-7745

                       Arthur N. Bailey
                       Arthur N. Bailey & Associates
                       111 West Second Street, Suite 4500
                       Jamestown, NY 14701
                       Tel: 716-664-2967
                       Fax: 716-664-2983

- 3 -

Allan Steyer
Steyer Lowenthal Boodrookas
   Alvarez & Smith
One California Street
Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, certify that on this 30th day of May, 2008, I electronically filed Plaintiff's Notice of Dismissal against The Carlyle Group with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system and served upon the foregoing counsel of record by first class mail.

        Marguerite M. Sullivan
        Latham & Watkins
        555 Eleventh Street, N.W.
        Suite 1000
        Washington, D.C. 20004

        */s/ Carol V. Gilden*
        Carol V. Gilden