# United States District Court
# Northern District of Illinois

In the Matter of

Monroe Motor Products Corp.

v.

Champion Laboratories, Inc., et al

Case No. 08 C 2992

Designated Magistrate Judge
Arlander Keys

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **William T. Hart** to be related to **08 C 2046** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Robert W. Gettleman

Dated: June 9, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUN 1 0 2008

Finding of Relatedness (Rev. 9/99)