AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Monroe Motor Products Corp.
on behalf of itself and all others
similarly situated,

CASE NUMBER: 1:08-cv-2992 EDA

V.

ASSIGNED JUDGE: Hart

Champion Laboratories, Inc.
United Components, Inc., [UIS, Inc.],
et al.

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Purolator Filters N.A. L.L.C.
3200 Natal Street
Fayetteville, NC 28306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol V. Gilden, Esq. - Bar No.: 06185530
Cohen, Milstein, Hausfeld & Toll, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
(312) 357-0370

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK



**May 27, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-06-08 @ 10:10 am |
| NAME OF SERVER (PRINT) Aaron L. Stokes | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving David Hogan, Manager of Human Resources, authorized to accept. Service was completed at 3200 Natal Street, Fayetteville, NC 28306.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/08
　　　　　　　Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.