AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Monroe Motor Products Corp.
on behalf of itself and all others
similarly situated,

V.

Champion Laboratories, Inc.
United Components, Inc., [UIS, Inc.],
et al.

CASE NUMBER: 1:08-cv-2992 EDA

ASSIGNED JUDGE: Hart

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Clarcor, Inc.
840 Crescent Centre Drive
Suite 600
Franklin, TN 37067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol V. Gilden, Esq. - Bar No.: 06185530
Cohen, Milstein, Hausfeld & Toll, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
(312) 357-0370

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes

-----------------------------------
(By) DEPUTY CLERK



May 27, 2008
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 06-04-08 @ 12:40 pm |
| NAME OF SERVER (PRINT) Lisa Rhodes | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Rich Wolfson, Legal Counsel, authorized to accept. Service was completed at 840 Crescent Centre Drive, Suite 600, Franklin, TN 37067

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-04-08
       Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.